# EXHIBIT C

nostalgia. The most obscure candy store, the smelliest dive bar is recalled in solemn tones by those who firmly believe that nothing else ever known on the entire face of the planet could stack up. Of course, when these places were actually open nobody went to them and spent money, which is why they are now gone.



PU! This place stinks! If you're unfortunate enough to live anywhere near the city's Buffalo Avenue Wastewater Treatment plant, and it's summertime out, Niagara Falls actually stinks. Many East Side residents report that the running water in their homes comes out smelly and the stench that permeates the air can be overpowering.

**Number 11: Penguins are more important than people here**

Earlier this year, Mayor Dyster asked the city Council to authorize $150,000 to be given to the Aquarium of Niagara in order to improve the habitat for the penguins held captive there. A little digging by this newspaper revealed that the $150,000 was just a down payment on a proposed $15 million project at the aquarium. Only two public works projects in recent memory, the $46.5 million North Main Street courthouse and Dyster's new $44 million train



